FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2021

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's motion for leave to file his Supplemental Brief Regarding Insufficiency of the State's Evidence is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court